## ALA. & MISS. RIVERS R. R. CO. *vs.* HUNGERFORD.

[MOTION TO DISMISS APPEAL, &c.]

1. *Certificate of appeal; certiorari.*—When the clerk does not certify the time when the appeal was taken, nor even the fact that any appeal at all was taken, (Code, §§ 3016, 3022,) the appeal will be dismissed on motion; but, if the transcript shows that a sufficient certificate might have been made, and the cause is submitted on the merits when regularly reached on the docket, and the submission is afterwards set aside, at the instance of the appellee, in the absence of the appellant's counsel, the court will continue the motion to dismiss, and award a *certiorari,* *ex mero motu,* to perfect the certificate.

APPEAL from the Circuit Court of Perry.
Tried before the Hon. JOHN MOORE.

PETTUS & DAWSON, for appellant.
W. M. BROOKS, *contra.*

BYRD, J.—The appellee makes a motion to dismiss the appeal, on the ground that "the clerk does not certify the time when the appeal was taken, nor the fact that any appeal was taken." Under section 3016 and 3022 of the Code, this ground is well taken ; but, as this cause was submitted on the merits, during the division to which it belonged, and the submission has since been set aside, upon a showing made by the appellee, in the absence of appellant's counsel, we think it proper to continue the motion, and award a *certiorari* to the clerk of the circuit court of Perry county, to send up a certificate in conformity to law, if he can properly do so. We make this order, as it appears from the transcript that such a certificate can be made. The certificates to transcripts are often imperfect, and sometimes totally defective, although, by a reference to the Code, it is quite easy to make a perfect one.

All the other motions made by the appellee are overruled.

Let an order be entered, continuing the motion to dismiss the appeal on the ground above stated, and that a *certiorari* issue to the clerk of the court below for a certificate in conformity to law, if one can be properly made.